IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DWAYNE HEBERT,

      Plaintiff,                               15cv0933
                                            **ELECTRONICALLY FILED**

      v.

MUDTECH SERVICES,

      Defendant.

**ORDER**

AND NOW, this 23rd day of September 2015, for the reasons set forth more fully in the Memorandum Opinion filed simultaneously with this Order, the Court hereby GRANTS Defendant's Motion to Dismiss Plaintiff's Complaint (doc. no. 15), WITHOUT PREJUDICE to Plaintiff to refile the Complaint pending a ruling from the United States District Court for the Southern District of Texas, in *James Menefee v. MudTech Services L.P.*, case number 4:14-cv-02314 (filed, August 12, 2014). The Clerk of Court is directed to mark this case CLOSED.

                                        s/ Arthur J. Schwab
                                        Arthur J. Schwab
                                        United States District Court Judge

cc:      All Registered ECF Counsel